IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TAMIKA FRANKLIN**                                                                                    **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 5:23-CV-85-KS-BWR**

**NATCHEZ AUTO VENTURES II,**
**LLC, and CREDIT ACCEPTANCE**
**CORPORATION**                                                                              **DEFENDANTS**

## FINAL JUDGMENT

For the reasons set forth in the Order entered this date, all of Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire case is hereby dismissed.

SO ORDERED AND ADJUDGED, this 21st day of July, 2025.

>                     */s/ Keith Starrett*
>                     KEITH STARRETT
>                     UNITED STATES DISTRICT JUDGE